

# Missouri Court of Appeals
## Southern District

**JULY 15, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

1.   SD33345   STATE OF MISSOURI, Plaintiff-Respondent
             vs.
             WINDY D. FRIEND, Defendant-Appellant